IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEMUEL G. BRINKLEY                                                                    PLAINTIFF

v.                                           CASE NO. 1:12CV00012 JTK

CAROLYN C. COLVIN, Commissioner,
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 18th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE